

# THE ATTORNEY GENERAL
## OF TEXAS

**WAGGONER CARR**
**ATTORNEY GENERAL**

AUSTIN 11, TEXAS

November 21, 1963

Honorable Joe Resweber
County Attorney
Harris County
Houston, Texas

Opinion No. C-182

Re:  Whether certain instruments
     submitted to the County Clerk
     of Harris County by the Board
     for Texas State Hospitals and
     Special Schools can be filed
     in the County Clerk's Office,
     and related question.

Dear Mr. Resweber:

          The questions which you have asked deal with certain
instruments submitted to the County Clerk for filing.  The in-
struments are claims of liens against the estates of former
patients of various State Hospitals or Special Schools for the
care and maintenance of the patients while they were in the
hospital or school.  The claims are verified by a Claims Repre-
sentative of the Board For Texas State Hospitals and Special
Schools.

          The questions that you have asked are as follows:

          "(1)  Can these instruments be filed in the
County Clerk's office?

          "(2)  If so, in what record should they be
recorded?"

          Article 6601 of Vernon's Civil Statutes reads as fol-
lows:

          "All deeds of trust, mortgages or judgments
     which are required to be recorded in order to
     create a judgment lien, <u>or other instruments of
     writing intended to create a lien</u>, shall be re-
     corded in a book or books separate from those in
     which deeds or other conveyances are recorded."
     (Emphasis added).

          Article 6626 of Vernon's Civil Statutes reads in part
as follows:

          "The following instruments of writing which
     shall have been acknowledged or proved according

to law, are authorized to be recorded, viz: all deeds, mortgages, conveyances, deeds of trust, bonds for title, covenants, defeasances or other instruments of writing concerning any lands or tenements, or goods and chattels, or moveable property of any description; . . ."

It is well settled that the duties of a recording officer such as the County Clerk are ministerial. First National Bank v. McElroy, 112 S.W. 801 (Tex.Civ.App. 1908). The instruments submitted show on their face that they are instruments of writing intended to create a lien and therefore fall clearly within the purview of Article 6601, quoted above. However, this opinion is not intended to pass on whether these particular instruments create a valid lien. The recording officer does not have the power to pass on the validity of such an instrument; it is his duty to file the instrument provided that it complies with the form prescribed by Article 6626, as set out above. Such instrument should be filed in accordance with Article 6601 and placed in the mortgage records.

## SUMMARY

Instruments of writing intended to create a lien which are in the proper form should be filed in the County Clerk's Office in accordance with Article 6601 of Vernon's Civil Statutes.

Yours very truly,

WAGGONER CARR
Attorney General

BY: *Jack G. Norwood*

Jack G. Norwood
Assistant

JGN:wb

APPROVED:

OPINION COMMITTEE

George Gray, Chairman
Cecil Rotsch
Paul Robertson

APPROVED FOR THE ATTORNEY GENERAL

BY:  Stanton Stone